UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RUFUS WEST,

    Plaintiff,

 v.             Case No. 06-C-763

JEFFREY ENDICOTT, et al.,

    Defendants.

**ORDER**

  Plaintiff requests that I order the Marshal to locate and serve six defendants who are no longer employed with the Department of Corrections. These defendants are: Christiansen, Lardinois, Weeden, Dittberner, Parker and Berge. Plaintiff states that the DOC is unwilling to provide him with their addresses, which is understandable. Yet the DOC should not be unwilling to assist the Marshals Service in locating the defendants for service purposes. *See Graham v. Satkoski,* 51 F.3d 710, 713 (7th Cir. 1995) ("Although a state prison may be justifiably reluctant to provide employee addresses to a prisoner or ex-prisoner due to security concerns, it hardly can claim the same reluctance in providing the information to a federal law enforcement agency.") The agencies' failure to cooperate or to expend reasonable efforts would likely constitute grounds for extending the time period of service under Rule 4(m). Thus, it is in the interest of all concerned to assist the plaintiff by locating and serving the six defendants named above. I note that there is no indication (apart from the fact that these six have not been served) that the DOC has not provided

contact information to the Marshal; but to the extent the process can be expedited the court requests that the service of process on the six defendants named above proceed forthwith.

Plaintiff also requests service on three additional defendants. Since they have appeared and answered, that request is denied as moot.

SO ORDERED this __16th__ day of November, 2006.

s/ William C. Griesbach
William C. Griesbach
United States District Judge