UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RUFUS WEST,

    Plaintiff,

v.                                                               Case No. 06-C-763

JEFFREY ENDICOTT, et al.,

    Defendants.

## ORDER

Plaintiff has filed a brief motion for reconsideration of this court's March 31 decision and order. That motion will be denied. Principally, he asks the court to discuss the issue of whether he received adequate notice of the reasons for the prison's censorship of his reading material. If a notice requirement exists, it is a matter of state law rather than the First Amendment. There is nothing within the First Amendment itself that imposes a duty on the government to provide a citizen with a set of reasons for its censorship – that is what *this* litigation was about, after all. The motion presents no other plausible grounds for relief.

Defendant has also filed a motion seeking leave to file a second motion for summary judgment addressing Claim 24 of the plaintiff's complaint. The defendant has now provided evidence of the publication in question. (Dkt. # 101, Ex. 1.) The motion will be granted: the defendant may file a short brief in support of its second motion for summary judgment by May 30, 2008; the plaintiff may file a response by June 16. The motion for reconsideration is **DENIED** and the motion for leave to file is **GRANTED**.

**SO ORDERED** this  12th  day of May, 2008.

                                                                               s/ William C. Griesbach
                                                                               William C. Griesbach
                                                                               United States District Judge